NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JIANGSU FAVORED NANOTECHNOLOGY CO., LTD.,**
*Appellant*

**v.**

**P2I LTD,**
*Appellee*

**KATHERINE K. VIDAL, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2022-1409

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-00478.

---

**JUDGMENT**

---

ANDREW DUFRESNE, Perkins Coie LLP, Madison, WI, argued for appellant. Also represented by HAN-WEI CHEN, Palo Alto, CA; NATHAN K. KELLEY, JONATHAN IRVIN TIETZ,

Washington, DC.

TIMOTHY P. MALONEY, Fitch, Even, Tabin & Flannery LLP, Chicago, IL, argued for appellee. Also represented by PAUL HENKELMANN, NICOLE L. LITTLE, JACQUELINE L. THOMPSON; ANDREW BOCHNER, SERGE KRIMNUS, Bochner PLLC, New York, NY.

MAI-TRANG DUC DANG, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, for intervenor. Also represented by THOMAS W. KRAUSE, MONICA BARNES LATEEF, FARHEENA YASMEEN RASHEED.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, HUGHES, and STARK, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 12, 2023
Date

Jarrett B. Perlow
Clerk of Court